## The State *v.* Robinson.

Upon a conviction on an indictment for selling spirituous liquors without a license, the court cannot discharge the defendant, and order execution to issue against his goods and estate, for the amount of the fine and costs.

INDICTMENT, for selling spirituous liquors without a license, upon which the respondent was found guilty, and sentenced to pay a fine of fifty dollars and the costs of the prosecution.

The attorney-general moved that the respondent do not stand committed until the sentence shall be performed, but that execution issue against his goods and estate for the amount of the fine and costs.

*Walker*, Attorney-General, for the State.

PARKER, C. J. This motion must be denied. The defendant stands convicted of an offence for which he has been indicted. There is no statute, or practice, which will warrant us to change the ordinary judgment in such case, and to enter judgment and issue execution for damages and costs, as if the case were a civil suit.

*Motion denied.*